**DENY and Opinion Filed October 28, 2022**



**In The**
# Court of Appeals
## Fifth District of Texas at Dallas

___

### No. 05-22-01032-CV

___

## IN RE GET ME MEARS GROUP HOLDINGS, LLC, GMM2, LLC, GET ME MEARS, INC., JOHN W. CASTLE, COWEN AND COMPANY, LLC, ROHIT MANOCHA, TRIARTISAN CAPITAL ADVISORS, LLC, ROSCOE F. WHITE III, AND GRANITE FAMILY IPROPERTIES, LLC, Relators

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-02983**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith
Opinion by Justice Partida-Kipness

In this original proceeding, relators seek mandamus relief from the denial of a motion to enforce forum selection clauses. Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing relators' petition and record, we conclude relators have not shown they are entitled to mandamus relief. Accordingly, we deny the petition for

writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We deny relators' motion for stay as moot.

/Robbie Partida-Kipness/

ROBBIE PARTIDA-KIPNESS
JUSTICE

221032F.P05